SUMNER S. PAXSON *v.* SCHUMAN CARRIAGE COM-
PANY, LIMITED, A CORPORATION, DEFEND-
ANT; BANK OF HONOLULU, LIMITED, A
CORPORATION, BANK OF HAWAII, LIMITED,
A CORPORATION, JAMES L. COCKBURN, A.
W. T. BOTTOMLEY AND S. M. DAMON, CO-
PARTNERS DOING BUSINESS TOGETHER
UNDER THE FIRM NAME AND STYLE OF
BISHOP & COMPANY, GARNISHEES.

No. 1105.

TAXATION OF COSTS.

SUBMITTED JULY 31, 1918.                    DECIDED AUGUST 9, 1918.

COKE, C.J., QUARLES, J., AND CIRCUIT JUDGE HEEN
IN PLACE OF KEMP, J., ABSENT.

*Per Curiam:*  The defendant, the Schuman Carriage
Company, Limited, came to this court on exceptions which
were sustained and it has now filed in this court its bill
of costs. The plaintiff objects to the item of $18.50 for
cash paid to B. N. Kahalepuna, clerk of the circuit court
of the first circuit, for preparation of the record on ex-
ceptions. Plaintiff does not question that this sum was
paid to the clerk of the circuit court by defendant but
urges that a large portion of the record prepared by the
clerk was unnecessary and that plaintiff should not be
charged with the cost of the preparation thereof. Upon
a careful examination of the record we find that the record
prepared by the clerk of the circuit court, for which he
charged $18.50, is composed of about forty-four pages and
that approximately one-half of this record was entirely
unnecessary for a proper consideration of the cause by

this court on exceptions. Petition for process of attachment, bond on attachment, garnishee summons, return on attachment and summons, and numerous other unnecessary records of the court below were included in the record prepared and sent up to this court.

We have on several occasions called attention to an increasing laxity in the preparation of records on appeal. Both as a matter of economy and for the convenience of the appellate court the record brought up should not contain duplications nor other unnecessary records, and where unnecessary documents are included in the record the appellant, should he prevail in this court, will not be permitted to recover from the appellee costs for the preparation of that portion of the record which is found to be unnecessarily made a part thereof. See *Tyler* v. *Wise*, 21 Haw. 166; *Scott* v. *Kona Development Co.,* 21 Haw. 462; *Halawa Plantation* v. *County of Hawaii*, 22 Haw. 753, 757.

The item of $18.50 to which plaintiff, appellee, has objected is allowed in the sum of $9.25. In other respects the cost bill will be taxed as presented.

*E. C. Peters* for plaintiff.

*G. A. Davis* for defendant.